MAY 18, 205

MR. JEFFREY D KYLE, CLERK
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. BOX 12547
AUSTIN, TX 78711

RE: COURT OF APPEALS NO: 03-13-00723-CR
     TRIAL COURT CASE NO: D-1-DC-13-904021
     STATE OF TEXAS v CHARLES A. MALOUFF, JR

RECEIVED
MAY 21 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

DEAR MR. KYLE:

     AS I HAVE NOT BEEN SENT ANY COURT RELATED
DOCUMENTS (BRIEFS, REPLY'S, ETC...) FROM MR. M. ARIAL
PAYAN, I CAN ONLY ASSUME THE STATE HAS NO MORE
CONTINUANCES AND THEIR REPLY TO MY SUPPLEMENTAL
BRIEF IS DUE FORTHWITH.

     IT'S MY UNDERSTANDING I WILL HAVE 20 DAYS TO
REPLY TO THEIR REPLY, IF THE STATE HAS REPLIED,
PLEASE SEND ME A COPY SO THAT I CAN REPLY
ACCORDINGLY AND HOPEFULLY TIMELY.

     IN ADDITION, I WAS MOVED AGAIN TODAY, BUT
STILL WITHIN THE BYRD UNIT, FOR THE MOMENT. THIS
MOVE WILL AFFECT MY INCOMING MAIL ONE TO TWO
DAYS.

     ALSO, IT IS MY UNDERSTANDING UNDER ART. 1.05

Tex. Code Crim. Proc., Rights of the Accused, I have a right of being heard by myself or counsel or both. As there is no distinction between trial or oral argument at appeal, if oral argument is scheduled, I wish to appear. I have a serious conflict of interest with Mr. Payan, and do not want my case sabotaged any more than it has been.

If all of this is possible, and I need to submit a writ, or bench warrant for appearance, please advise me so that I can get filed as soon as possible. My new address is below.

Thank you for your assistance and consideration.

Respectfully,

Charles A. Malouff, Jr
TDCJ # 1978590
Byrd Unit G-15-10
21 FM 247
Huntsville, TX 77320

2

Special

Charlie Malouff 1978590
Byrd Unit C 1510
21 FM 247
Huntsville, TX 77320

<u>LEGAL MAIL</u>

Court of Appeals
THIRD DISTRICT
PO Box 12547
Austin, TX 78711

ATTN: MR. JEFFREY D. KYLE, CLERK

<u>LEGAL MAIL</u>

787112547747

787112547747

FOREVER
USA